AO 91 (Rev. 5/85) Criminal Complaint

This form was electronically produced via OmniForm

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
DEC 22 2008
Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA

V.

TYLER FREEMAN

**CRIMINAL COMPLAINT**

CASE NUMBER: C-08-992M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2007** in **NUECES** county, in the **SOUTHERN** District of **TEXAS**, defendant(s) did, (Trace Statutory Language of Offense)

**Knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law**

in violation of Title **18**, United States Code, Section(s) **1028 (a)(7)**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
Official Title

**See Attached**

Continued on the attached Sheet and made a part hereof: ☒ Yes ☐ No

Daniel Morales
Signature of Complainant

Sworn before me and subscribed in my presence,

December 22, 2008
Date

at  Corpus Christi, Texas
City and State

**B. Janice Ellington, U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Morales, being duly sworn, hereby depose and say

I am a Special Agent, assigned to the San Antonio Field Office, United States Secret Service, since March 2005 and a Special Agent of the United States Secret Service since March 1996.

The information contained in this affidavit is based on my training, experience, and participation in identity theft investigations, my personal knowledge and observations during the course of this investigation, and information provided to me by other sources noted herein.

On or about October 27, 2007, TYLER FREEMAN, used the Texas Driver License belonging to Kelly Gene Whiting # 16915835 and the Social Security Number belonging to Kelly Whiting #XXX-XX-5846, to purchase a 1991 Mercedes 300E, bearing Texas License Plate G60-NJM, VIN # WDBEA30D5MB392022 for $7,487.48, from CARS 4 Cash located at 850 South Padre Island Drive, Corpus Christi, Texas.

On or about February 8, 2008, TYLER FREEMAN, was identified by Glen Vazquez, CARS 4 CASH, 850 South Padre Island Drive, Corpus Christi, Texas, from a Texas Department of Public Safety Photo Spread containing (6) six photographs as the person who purchased the 1991 Mercedes 300E, bearing Texas License Plate G60-NJM, VIN# WDBEA30D5MB392022, using the name and personal identifying information of Kelly Whiting.

On or about November 12, 2007, TYLER FREEMAN, used the Texas Driver License belonging to Jeremiah Smith # 23032958 and the Social Security Number belonging to Jeremy T. Smith # XXX-XX-9855, to purchase a 2004 Lincoln LS, bearing Texas License Plate X12LZP, VIN#1LNHM86S74Y621947 for $21,269.32, from Easterling Motors Inc., 4208 North Navarro, Victoria, Texas.

On or about December 7, 2007, TYLER FREEMAN, used the Texas Driver License belonging to Jeremiah Smith # 23032958 and the Social Security Number belonging to Jeremy T. Smith # XXX-XX-9855, to purchase a 2007 Volkswagen Jetta, bearing Texas License Plate 326TCV, VIN#3VWPF71K37M069002 for $34,954.48, from Quality Pre-Owned Cars and Trucks, 4006 North Navarro, Victoria, Texas.

On or about December 20, 2007, TYLER FREEMAN, was identified by Steven Sanchez, Quality Pre-Owned Cars and Trucks, 4006 North Navarro, Victoria, Texas, from a Texas Department of Public Safety Photo Spread containing (6) six photographs as the person who purchased the 2007 Volkswagen Jetta, bearing Texas License Plate 326TCV, VIN#3VWPF71K37M069002, from Quality Pre-Owned Cars and Trucks, 4006 North Navarro, Victoria, Texas.

On or about December 20, 2007, TYLER FREEMAN, was identified by Norma Garcia, Easterling Motors Inc., 4208 North Navarro, Victoria, Texas, from a Texas Department of Public Safety Photo Spread containing (6) six photographs as the person who purchased the 2004 Lincoln LS, bearing Texas License Plate X12LZP, VIN#1LNHM86S74Y621947, from Easterling Motors Inc., 4208 North Navarro, Victoria, Texas.

On or about December 21, 2008, I telephonically contacted Jeremy Smith who advised that he did not know Tyler Freeman or give him permission to use his personal identifying information to purchase the above listed vehicles in Victoria, Texas. Jeremy Smith confirmed that Texas Driver License Number 23032958, is the number that was issued to him by the Texas Department of Public Safety.

On or about December 21, 2008, I telephonically contacted Jeremiah Smith who advised that he did not know Tyler Freeman or give him permission to use his personal identifying information to purchase the above listed vehicles in Victoria, Texas. Jeremiah Smith confirmed that Social Security Number XXX-XX-9855 is the number that was issued to him by the Social Security Administration.

Based on the above information, this affiant believes that, TYLER FREEMAN, on or about October 27, 2007, did, in the Southern District of Texas, knowingly possess and use, without lawful authority, with the intent to defraud a means of identification of another person, in violation of 18 U.S.C. 1028(a)(7).

_____
DANIEL E. MORALES
U.S. SECRET SERVICE

SUBSCRIBED TO AND SWORN BEFORE ME

ON THIS 22 DAY ON DECEMBER 2008.

_____
UNITED STATES MAGISTRATE JUDGE
B. JANICE ELLINGTON